# EXHIBIT E

_____
Name of Investor

# AJW OFFSHORE II, LTD.

**SUBSCRIPTION DOCUMENTS BOOKLET**
CLASS A AND CLASS B SHARES

Investment Manager:

**FIRST STREET MANAGER II, LLC**

Administrator:

**ADMIRAL ADMINISTRATION LTD.**

A/72728242.2

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC            NIR-SEC002447

# AJW OFFSHORE II, LTD.

### INSTRUCTIONS TO INVESTORS

This Subscription Documents Booklet contains a Subscription Agreement, certain United States Internal Revenue Service forms ("IRS Forms"), an Authorized Signatories List and an Anti-Money Laundering Supplement attached hereto (the "AML Supplement") that must be executed (as applicable) and returned to AJW OFFSHORE II, LLC (the "Company") if you desire to purchase either (i) participating, non-voting class A shares (the "Class A Shares") of the Company; or (ii) participating, non-voting class B shares (the "Class B Shares") of the Company. You should consult with an attorney, accountant, investment adviser or other advisor regarding an investment in the Company and its suitability for you. In addition, you should consult with your tax advisor to determine which of the IRS Forms is appropriate for you to provide. If you decide to invest, please fill out, sign and return the Subscription Agreement, applicable IRS Form, Authorized Signatories List and the AML Supplement to the Company. Capitalized terms used but not defined herein shall have the respective meanings given to them in the Company's Confidential Private Placement Memorandum (as the same may be amended, supplemented or otherwise modified from time to time, the "Memorandum").

PLEASE REVIEW CAREFULLY THE MEMORANDUM AND THE ARTICLES OF ASSOCIATION BEFORE YOU INVEST.

**In order to comply with the United States International Money Laundering Abatement and Anti-Terrorist Financing Act of 2001 (Title III of the USA PATRIOT Act of 2001), as amended, and the United States Treasury Department's Office of Foreign Assets Control, you may be required to provide additional information. If necessary, you will be contacted regarding the particular information that you will need to provide after you complete the Subscription Agreement, the applicable IRS Form, the Authorized Signatories List and the AML Supplement. You will need to provide the requested information prior to being issued Shares.**

You may subscribe by completing the following steps:

A. Subscription Agreement:

Complete the Subscription Agreement as follows:

1. If you are a U.S. Person, you must complete Sections 4.02, 4.03 and 4.04.

2. If you are not a U.S. Person, you must complete Section 4.05.

3. All Investors must complete Pages 1-2, Sections 4.06, 4.07 and 4.08 and sign the Signature Page (all individual investors must have their signature witnessed).

4. Custodians or trustees of individual retirement accounts must complete the Acknowledgement Page.

B. United States Internal Revenue Service Forms:

1. If you are a U.S. Person, you must complete Form W-9.

2. If you are not a U.S. Person, you must complete Form W-8BEN.

C. Authorized Signatories List:

You must complete and sign the attached list in the places provided to designate all authorized signatories.

i

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC        NIR-SEC002448

D.   <u>Anti-Money Laundering Supplement</u>:

You must complete the Anti-Money Laundering Supplement.

The <u>original</u> executed and completed Subscription Agreement should be sent by overnight courier service to:

> AJW Offshore II, Ltd.
> c/o Admiral Administration Ltd.
> P.O. Box 32021
> Admiral Financial Centre
> 5th Floor, 90 Fort Street
> Grand Cayman KY1-1208, Cayman Islands

Upon acceptance of the subscription, a contract note, which will act as confirmation of the investment, will be returned to your mailing address. Instructions for payment of the amount of subscription are set forth on the attached Payment Information Sheet.

The fully completed and executed Subscription Documents and wired funds must be received by the Administrator at least three (3) Business Days prior to the applicable Closing Date, unless waived by the Board. If the Investor's executed Subscription Documents and/or wired funds are received less than three (3) Business Days prior to the Closing Date, the Board of Directors, in consultation with the Investment Manager, shall have the option to (i) deem such Investor's funds to have been received as of such Closing Date and in such event, the Board of Directors, in consultation with the Investment Manager, may charge such investor interest on such funds equal to the average current yield on the cash and cash equivalents of AJW Master Fund II, Ltd. (the "Master Fund") for the period from such Closing Date until the date the Subscription Documents and/or the funds are received, or (ii) place such Investor's funds (subject to collection) in an interest-bearing account until the next Closing Date. If option (ii) is selected by the Board of Directors, in consultation with the Investment Manager, any interest earned thereon shall be credited to the Investor. Notwithstanding the foregoing, the Board of Directors may, in its sole and absolute discretion, waive such requirement.

If you are not a qualified investor or if you do not wish to subscribe for Shares, please return all Company documents to the above address. **This Subscription Documents Booklet may not be reproduced, distributed, duplicated or delivered to any other person.**

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC         NIR-SEC002449

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

## PAYMENT INFORMATION SHEET

## FOR

## AJW OFFSHORE II, LTD.

**PAYMENT BY WIRE**

(Please give this page to your bank)

Your bank should wire transfer only U.S. Dollars via Fedwire to:

> JPMorgan Chase Bank NA
> New York, New York 10036
> ABA #: [redacted]
> Swift Code #: [redacted]
> Account Name: AJW Offshore II, Ltd.
> Account #: [redacted]
> Reference: (insert name of remitter)

Please also have your bank send the following message (fax number 345-949-0705) to AJW Offshore II, Ltd., c/o Admiral Administration Ltd., P.O. Box 32021, Admiral Financial Centre, 2nd Floor, Grand Cayman, KY1-1208 Cayman Islands (telephone number 345-949-0704):

> c/o Admiral Administration Ltd.
> P.O. Box 32021
> Admiral Financial Centre
> 5th Floor, 90 Fort Street
> Grand Cayman KY1-1208, Cayman Islands

"AJW Offshore II, Ltd. - We have credited your account at JPMorgan Chase Bank NA for US$ _____ by order of _____
              (amount)                                                      (investor)
on _____."
       (date)

**NOTE: WE RECOMMEND THAT YOUR BANK CHARGE ITS WIRING FEES, IF ANY, SEPARATELY SO THAT AN EVEN AMOUNT MAY BE INVESTED.**

iii

NIR-SEC002450