UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,    11-cv-4723-JFB

-against-

THE NIR GROUP, LLC; COREY RIBOTSKY; and
DARYL DWORKIN

                              Defendants.

**APPLICATION FOR POST-JUDGMENT CONTINUING WRIT OF GARNISHMENT**

      Pursuant to 28 U.S.C. § 3205, Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Court issue a continuing writ of garnishment directed to Kevin P. Krupnick, Esq., The Krupnick Firm, 56 Hammond Road Glen Cove, New York 11542, (the "Garnishee"), as to the civil money penalty imposed by this Court's Final Judgment dated November 13, 2013 (Docket Number ("DN") 90). Based on information and belief, the Commission believes that the Garnishee has possession, custody, or control of property in which Defendant Corey Ribotsky ("Ribotsky") has a substantial non-exempt interest or contingent interest including potential lawsuit proceeds.

      In support of its application, the Commission provides the following information:

| | |
|---|---|
| Defendant's Name: | Corey Ribotsky |
| Defendant's SSN: | XXXX-XX-9782 |
| Defendant's Last Known Address: | 5 Campo Drive, Old Westbury, New York 11568 |
| Date of Judgment: | November 13, 2013 |
| Nature of Judgment: | Final Judgment |

1

Judgment Amount (DN 90):

| **Civil Money Penalty** | |
|---|---:|
| Amount Ordered | $1,000,000.00 |
| Payments Received | $0.00 |
| Interest (continues to accrue at $3.03 per day) | 7,662.32 |
| **Total as of October 23, 2020** | **$1,007,662.32** |
| **Disgorgement** | |
| Amount Ordered | $12,500,000.00 |
| Pre-Judgment Interest | $1,000,000.00 |
| Post Judgment Interest (continues to accrue at $40.84 per day) | $103,441.35 |
| Payments Received | $0.00 |
| **Total as of October 23, 2020** | **$13,603,441.35** |

The Commission notes that it seeks a continuing writ of garnishment only as to the civil money penalty and interest accrued thereon because only this portion of the Judgment amount is a debt as defined under the Federal Debt Collection Procedures Act, 31 U.S.C. § 3001 *et seq*.

More than 30 days prior to this Application, the Commission made a demand on Ribotsky for the total amount still owing. Despite this demand, Ribotsky has not paid the civil penalty and interest outstanding.

Dated:    New York, New York
         December 16, 2020

s/*Maureen Peyton King*
Maureen Peyton King
Senior Trial Counsel
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
Tel.:   212-336-0111
E-mail: kingmp@sec.gov