| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

| BEFORE: ANNE Y. SHIELDS | DATE: 9/20/22 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 11:00 AM |
| | FTR: 11:10-11:12 |

CASE: **CV 11-4723 (JMA) (AYS)** Securities and Exchange Commission v. The NIR Group, LLC et al

TYPE OF CONFERENCE: DISCOVERY

APPEARANCES:    Plaintiff     Maureen King
                              Judith Weinstock

                Defendant     Kevin Krupnick

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Conference held.


                                SO ORDERED

                                 /s/ Anne Y. Shields
                                ANNE Y. SHIELDS
                                United States Magistrate Judge