

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

October 3, 2022

**By ECF**
Hon. Anne Y. Shields
United States District Court Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re: *Securities and Exchange Commission v. The NIR Group, LLC, et al.*, 11-cv-4723

Dear Judge Shields:

      Counsel for the Securities and Exchange Commission ("SEC") writes jointly with counsel for Defendant Ribotsky, Kevin Krupnick, to comply with the Court's Order granting the SEC's Motion for Discovery. During the September 20, 2022 discovery conference, the Court ordered counsel to confer and provide dates certain for the depositions of Five for Five, Inc., Tammi Stempel Ribotsky and Corey Ribotsky. The parties have agreed to combine the depositions of Five for Five, Inc. and Tammi Stempel Ribotsky. Both will appear, virtually, through Ms. Stempel Ribotsky on October 11, 2022 at 10:30 am. Corey Ribotsky's virtual deposition will commence at 10:30 am on October 12, 2022.

                                               Respectfully,

                                               s/*Maureen Peyton King*

                                             Maureen Peyton King
                                             Senior Trial Counsel