Branch Offices
in Suffolk County:

150 Motor Parkway
Ste 401, Rm 424
Hauppauge, NY 11788

80 Orville Drive
Ste 100, Rm 225
Bohemia, NY 11716



RONALD D. WEISS, P.C.

ATTORNEY AT LAW

734 Walt Whitman Road., Suite 203, Melville, New York 11747
phone: (631)271-3737/3783 • fax: (631)271-3784
e: weiss@fresh-start.com

Branch Offices
in Nassau County:

626 RexCorp Plaza
Rm 681
Uniondale, NY 11556

1129 Northern Blvd
Ste 404
Manhasset NY 11030

February 23, 2023

**VIA ECF**
Honorable Magistrate Judge
Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**In re Securities Exchange Commission v. NIR Group, LLC, Corey Ribotsky et. al**
**Civ # 11-CV-04723**

Dear Judge Shields:

Our office represents Corey Ribotsky, a party defendant in the above referenced action

Please be advised that Corey Ribotsky (the "Debtor") filed a voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on February 17, 2023 The case is pending in and for the United States Bankruptcy Court for the Eastern District of New York under Case # 23-70583

By virtue of the Debtor's Chapter 7 Bankruptcy filing, any and all acts to collect against the Debtor or continue with any actions or proceedings against the Debtor are prohibited by the operation of the automatic stay under 11 U.S.C Section 362 of the United States Bankruptcy Code.

Enclosed please find the Notice of Bankruptcy Case filing. Please ensure that the above referenced action is stayed as to our client, Corey Ribotsky.

Thank you for your extended courtesies.

Sincerely,

Michael Farina

cc: Maureen King, Esq. (VIA ECF)

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing




A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/17/2023 at 5:27 PM and filed on 02/17/2023.

**Corey S. Ribotsky**
5 Campo Circle
Old Westbury, NY 11568
SSN / ITIN: xxx-xx-9782

The case was filed by the debtor's attorney:

**Ronald D Weiss**
734 Walt Whitman Road
Suite 203
Melville, NY 11747
(631) 271-3737

The bankruptcy trustee is:

**Allan B. Mendelsohn**
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743
(631)923-1625

The case was assigned case number 8-23-70583-ast to Judge Alan S. Trust.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 290 Federal Plaza, Central Islip, NY 11722.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**