# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> The NIR Group, LLC et al. <br> *Defendant* | Case No. 11-cv-4723 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date: 1/23/24

s/ Adam Grace
*Attorney's signature*

Adam Grace (NY-2512630)
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Room 20-100
New York, NY 10281
*Address*

gracea@sec.gov
*E-mail address*

212.336.0083
*Telephone number*

*FAX number*