UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                  Plaintiff,   11 Civ. 4723

v.

THE NIR GROUP, et al.,

                                  Defendants.

## NOTICE OF APPEARANCE

.     Please take notice that Neal Jacobson, trial counsel employed by the New York Regional Office of the Securities and Exchange Commission, hereby enters an appearance in this case on behalf of Plaintiff, Securities and Exchange Commission, and requests that all notices in this case be sent to:

Neal Jacobson
Attorneys for Plaintiff
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004
(212) 336-0095
Jacobsonn@sec.gov

| Dated: | New York, New York<br>February 19, 2025 | s/Neal Jacobson<br>Neal Jacobson<br>Attorneys for Plaintiff<br>Securities and Exchange Commission<br>New York Regional Office<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004<br>(212) 336-0095<br>Jacobsonn@sec.gov |
|---|---|---|