| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

BEFORE: ANNE Y. SHIELDS  
U.S. MAGISTRATE JUDGE

DATE: 3/4/25  
TIME: 1:30 PM  
FTR: 1:53-2:02

CASE: **CV 11-4723 (JMA)(AYS)** Securities and Exchange Commission v. The NIR Group, LLC et al

TYPE OF CONFERENCE: DISCOVERY

APPEARANCES:   Plaintiff: Maureen King
                       Neal Jacobson

              Defendant: Kevin Krupnick

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.