

**AMERICAN COMMUNITY BANK**
**300 Glen Street**
**Glen Cove, NY 11542**

RETURN SERVICE REQUESTED

KRUPNICK - RIBOTSKY LTD
COREY RIBOTSKY
TAMMI RIBOTSKY
56 HAMMOND RD
GLEN COVE NY 11542-3437

# Statement Ending 01/31/2023

KRUPNICK - RIBOTSKY LTD  Page 1 of 4
**Customer Number:** 578

## Managing Your Accounts

| | | |
|---|---|---|
| ✉ | Mailing Address | 300 Glen Street<br>Glen Cove, NY 11542 |
| 🏛 | Branch Name | Glen Cove |
| 📱 | Branch Number | 516-609-2900 |
| 💻 | Website | www.acbalways.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE BUSINESS CHECKING | 7578 | $256,169.18 |

### FREE BUSINESS CHECKING 7578

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 12/31/2022 | Beginning Balance | $91,813.34 |
| | 17 Credit(s) This Period | $257,525.60 |
| | 31 Debit(s) This Period | $93,169.76 |
| 01/31/2023 | Ending Balance | $256,169.18 |

