

**AMERICAN COMMUNITY BANK**
**300 Glen Street**
**Glen Cove, NY 11542**

**RETURN SERVICE REQUESTED**

KRUPNICK - RIBOTSKY LTD
TAMMI RIBOTSKY
COREY RIBOTSKY
56 HAMMOND RD
GLEN COVE NY 11542-3437

**Managing Your Accounts**

| | | |
|---|---|---|
| ✉ | Mailing Address | 300 Glen Street, Glen Cove, NY 11542 |
| 🏛 | Branch Name | Glen Cove |
| 📱 | Branch Number | 516-609-2900 |
| 💻 | Website | www.acbalways.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE BUSINESS CHECKING | ████8725 | $48,972.04 |

### FREE BUSINESS CHECKING-████8725

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 07/01/2022 | Beginning Balance | $46,901.20 |
| | 37 Credit(s) This Period | $351,849.69 |
| | 96 Debit(s) This Period | $349,778.85 |
| 07/29/2022 | Ending Balance | $48,972.04 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|



FDIC — EQUAL HOUSING LENDER