

April 4, 2025

Security Exchange Commission
100 Pear Street Suite 20-100
New York, NY 10004


Re: Subpoena
Civil Action No 11-cv-4723 JFB GRB


To : Maureen Peyton King,

    With regards to the above referenced Subpoena, we have reviewed our records and are in possession of the documents requested. Enclosed please find an electronic device which contains copies of Account Statements, Account opening documentation, account transactional information; checks, wire information and wire transaction logs in response to the above subpoena served.

In response to documents request item number four (4)
Mr. Corey Ribotsky was a signer for business account in the name of Five Two One Inc. which was closed in October 2023. Mr. Ribotsky is also associated with business accounts in the name of The Krupnick Firm.


                              Sincerely,

                              James Hartnett
                         Executive Vice President
                       American Community Bank