

# THE KRUPNICK FIRM
*Attorneys at Law*
56 Hammond Road
Glen Cove NY 11542
844-741-7800 Tel
516-592-2820 Cel
516-759-0610 Fax
Email: kpkrupnick@gmail.com
http://www.krupnickfirm.com

August 15, 2025

**<u>VIA ECF</u>**

Hon. Ann Y. Shields
United States District Court
Eastern District of New York
Alphonse D'Amato Court Complex
100 Federal Plaza
Central Islip, NY 11722

Re: *United States Securities and Exchange Commission v. The NIR Group, LLC et al.*
Docket #: 2011- CV - 4723

Dear Magistrate Judge Shields:

The undersigned is attorney for Corey S. Ribotsky, defendant in the referenced matters, and I herein respond to plaintiff's counsel Maureen Peyton King, Esq's., correspondence dated August 11, 2025.

Unfortunately due to reasons unrelated to defendant Ribotsky, I personally was unable to provide the items and documents to attorney Peyton-King as a result of urgent medical conditions I am presently enduring which have since mid-July of this year. On my behalf my assistant sent correspondence to plaintiff's counsel yesterday and I sent additional email correspondence to her late last night in an effort to resolve these matters promptly and allow her to advise me of a date, time, and location most convenient for her to conduct her inspection of defendant's passport and provide her with the outstanding documents she seeks. A copy of that correspondence is submitted herewith. I await Attorney King's response and assure the Court that we can accomplish this Rule 69(2) discovery exchange promptly.

In light of the foregoing, and the reasons provided to attorney Peyton-King in my email correspondence dated 9:18 PM 8/14/2025, I have requested Attorney King consider submitting to the court a request to hold her instant motion application in abeyance to allow me to provide her with defendants' passport and documents she seeks.

I trust that the court prefer counsel for parties resolve these types of discovery disputes with one another and I am quite confident counsel for plaintiff and the undersigned attorney for defendant will be able to do here and now.

Respectfully Submitted,
*s./*Kevin Phillip Krupnick, Esq.
*Attorney for Defendant*
COREY S. RIBOTSKY

cc: Maureen Peyton King, Esq.
*Attorney for Plaintiff*
US Securities and Exchange Commission
Via ECF

**From:** Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Sent:** Thursday, August 14, 2025 9:17 PM
**To:** King, Maureen P. <KingMP@SEC.GOV>
**Cc:** Marrian Simon <msimon@krupnickfirm.com>; C Ribotsky <ribotskyfamily@gmail.com>
**Subject:** RE: SEC v. NIR

Counselor,

I apologize for the delayed response; however, unfortunately I have recently received diagnosis from my health care providers that I need to be treated for several conditions related to high blood pressure, all of which they have prescribed for me a course of contrast cat scans and other radiology body scans, multiple blood tests, and I am scheduled for an examination with a vascular surgeon late next week. Accordingly, I have not been able to promptly respond to general communications since about July 21, 2025. Nevertheless, this evening I was advised of your motion filed in the referenced matters seeking to hold Mr. Ribotsky in contempt, and sentence him to incarceration for an alleged failure to comply with plaintiff's FRCP Rule 69(2) demands for discovery, specifically delivering to you his passport for inspection and other documents.

Accordingly, I understand your urgent need to obtain discovery, but the neglect in this situation is completely my fault and I apologize for the inconvenience and frustration this has caused. In any event, I would like to coordinate a convenient time and place for you to examine and photo copy the passport. as Mr. Ribotsky will be providing same to me some time tomorrow afternoon. Please tell me how you would prefer to coordinate the passport examination. If it is more convenient for you to receive the passport at the Central Islip Court, a field office, or any other location of your choice I will be more than happy to accommodate; however, if you require the passport be presented to you at the lower Manhattan regional office for your inspection, kindly provide me with three dates in the upcoming two week period that you will be at that office or be able to have someone else within your agency conduct the examination. Hence, we are prepared to accommodate your request in a manner that is most convenient for you.

Additionally, Mr. Ribotsky has advised that he will also be providing to me with the passport additional documents responsive to your request, and same will be provided to you with the passport.

Once again, I apologize for neglecting to respond to your email inquiry. I trust that we can coordinate this exchange and I herein request that you advise Magistrate Shield's part of these developments and at least hold your instant motion application in abeyance until we can coordinate our examination, as I am sure you

can agree incarceration of s man Ribotsky's age and with his health conditions would not be healthy for him and under the circumstances an extreme punishment.

Once again, I thank you for your professional courtesy and cooperation with these and all other matters, and I look forward to your response.  I remain

Very truly yours,
Attorney for defendant Corey S. Ribotsky


**Kevin Phillip Krupnick, Esq.**
The Krupnick Firm
56 Hammond Rd – Glen Cove NY 11542 USA
516-592-2820

**From:** kkrupnick@krupnickfirm.com <kkrupnick@krupnickfirm.com>
**Sent:** Thursday, August 14, 2025 8:00 PM
**To:** King, Maureen P. <kingmp@sec.gov>
**Subject:**

Counselor King,

I wanted to follow up regarding the Court's July 22 order. Over the past several weeks, I have been dealing with significant health issues, including ongoing medical testing for a mass and treatment for high blood pressure, which have impacted my ability to meet the original deadline.

That said, I am committed to full compliance and want to bring this matter to completion promptly. I propose that we schedule the inspection of Corey Ribotsky's passport for Monday at a time and location convenient for you. At the same time, I will also provide other additional non-privileged documents required under the order so both items can be addressed together.

Please let me know if Monday works and, if so, the logistics for the inspection and document delivery. If another date early next week is better for you, I am happy to adjust to your availability so there is no further delay in resolving this.

Thank you,
Kevin


Kevin P. Krupnick, Esq.
The Krupnick Firm
56 Hammond Road
Glen Cove, New York 11542
516-592-2820