

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

August 15, 2025

**By ECF**
Hon. Anne Y. Shields
United States District Court Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Securities and Exchange Commission v. The NIR Group, LLC, et al.*,
             11-cv-4723

Dear Judge Shields:

      The Securities and Exchange Commission ("SEC") writes in response to Debtor-Defendant Corey Ribotsky ("Ribotsky")'s letter filed this morning, seeking to delay any consequence for his continued non-compliance with the Court's Orders to produce documents. (Dkt. No. 165).

      As background, the SEC sought sanctions after five motions to compel production. Until the SEC filed for sanctions, Ribotsky did not respond to emails seeking to arrange a time for the passport inspection or otherwise contact the SEC regarding the overdue documents. Such behavior continues a long-established pattern of failures to comply with the Court's discovery orders in this case and underscores precisely why sanctions to coerce compliance are appropriate here.

      The SEC has informed Ribotsky that SEC counsel will be available Monday, August 18th at 10:30 am in the SEC's New York Regional Office to review the passport and that all other documents from Ribotsky and Krupnick Ribotsky Ltd. can be produced electronically.

      If the passport is not produced on Monday August 18, 2025 at 10:30 am at 100 Pearl Street, Room 20-100, New York, New York the SEC will file a status report and respectfully request that the Court order Ribotsky incarcerated until the passport is produced. Additionally, if Ribotsky fails to produce all outstanding documents by Wednesday, August 20, 2025 at 5:00 p.m., the SEC requests that the Court order Ribotsky incarcerated until all such documents are produced.

Finally, Ribotsky's letter does not address the outstanding Krupnick Ribotsky Ltd. ("KRL") production. The SEC respectfully requests that the Court address KRL's non-compliance with the July 22 Order.
.

Respectfully,

s/*Maureen Peyton King*

Maureen Peyton King
Senior Trial Counsel