

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF ENFORCEMENT

August 19, 2025

**By ECF**
Hon. Anne Y. Shields
United States District Court Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Securities and Exchange Commission v. The NIR Group, LLC, et al.*,
            11-cv-4723

Dear Judge Shields:

    The Securities and Exchange Commission ("SEC") writes to respond to Debtor-Defendant Corey Ribotsky's update that he delivered the passport to the SEC's New York offices via messenger yesterday. SEC counsel can now confirm receipt of the passport, which SEC counsel received today. The undersigned was not aware the passport had been delivered when she filed the status report with the Court.

                                      Respectfully,

                                      s/*Maureen Peyton King*

                                      Maureen Peyton King
                                      Senior Trial Counsel