

# THE KRUPNICK FIRM
*Attorneys at Law*
56 Hammond Road
Glen Cove NY 11542
844-741-7800 Tel
516-592-2820 Cel
516-759-0610 Fax
Email: kpkrupnick@gmail.com
http://www.krupnickfirm.com

September 28, 2025

**<u>VIA ECF</u>**

Hon. Ann Y. Shields
United States District Court
Eastern District of New York
Alphonse D'Amato Court Complex
100 Federal Plaza
Central Islip, NY 11722

Re: *United States Securities and Exchange Commission v. The NIR Group, LLC et al.*
Docket #: 2011- CV - 4723

Dear Magistrate Judge Shields:

The undersigned is attorney for Corey S. Ribotsky, defendant in the above referenced action.

Please be advised that Corey Ribotsky (the "Debtor") filed a voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on September 25, 2025. The case in pending in and for the United States Bankruptcy Court for the Southern District of New York under Case # 25-12094.

By virtue of the Debtors' Chapter 11 Bankruptcy filing, any and all acts to collect against the Debtor or continue with any actions or proceedings against the Debtor are prohibited by the operation of the automatic stay under 11 U.S.C Section 362 of the United States Bankruptcy Code.

Attached hereto please find the Notice of Bankruptcy Case filing. Thank you for your extended courtesies.

Respectfully Submitted,
*s./*Kevin Phillip Krupnick, Esq.
*Attorney for Defendant*

# United States Bankruptcy Court
## Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 09/25/2025 at 2:44 PM and filed on 09/25/2025.

**Corey S. Ribotsky**
P.O. Box 248
Old Westbury, NY 11568
SSN / ITIN: xxx-xx-9782



The case was assigned case number 25-12094-dsj to Judge David S Jones.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**
