

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**Division of**
**Enforcement**

April 29, 2026

**By ECF**
Hon. Anne Y. Shields
United States District Court Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

     Re:    *SEC v. The NIR Group, LLC, et al.*, 11-cv-4723 (JMA) (AYS)

Dear Judge Shields:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court lift the Court-ordered stay and grant the SEC's September 15, 2025 discovery motion. (DE 172.)

On November 10, 2025, the Court stayed this case "in light of Corey S. Ribotsky's bankruptcy filing." (11/10/25 Text Order.) At the time the Court entered the stay order, the SEC's discovery motion was pending. (DE 172.) On April 17, 2026, the bankruptcy court granted the SEC's motion to dismiss Ribotsky's bankruptcy case "with prejudice as to further bankruptcy filings for one year, with the length of that period subject to extension by the Court as described above. (*In re Corey S. Ribotsky*, 25-bk-12094-dsj (Bnkr. S.D.N.Y.), DE 57 at 15.) A copy of the bankruptcy court's decision is attached here. Given the bankruptcy court's dismissal, there is no longer a reason for collections to be stayed.

For these reasons, the SEC respectfully requests that the Court grant the relief the SEC seeks so that SEC counsel may recommence collection efforts.

           Respectfully,

           s/*Maureen Peyton King*

           Maureen Peyton King
           Senior Trial Counsel