UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :          11-cv-4723 (JMA) (AYS)

               Plaintiff,           :

    v.            :       **<u>NOTICE OF APPEARANCE</u>**

The NIR Group, LLC, et al.       :

             Defendants.      :
-------------------------------------------------------------------x

TO:    The Clerk of the Court and all Parties of Record

       PLEASE TAKE NOTICE that Robert Knuts and Gungnir Law PLLC hereby enter an

appearance on behalf of non-party Krupnick Ribotsky Ltd.


Dated: June 1, 2026

                              GUNGNIR LAW PLLC

                              By: */s/ Robert Knuts*
                                  Robert Knuts

                              P. O. Box 150
                              Greenport, NY 11944
                              Tel.: (631) 477-6300
                              Fax: (631) 803-4031
                              rknuts@gungnirlaw.com

                              *Attorneys for Non-Party*
                              *Krupnick Ribotsky Ltd.*