**UNITED STATES DISTRICT COURT**　　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS　　　　　　　　　DATE: 6/1/26
U.S. MAGISTRATE JUDGE　　　　　　　　　　TIME: 1:00 PM
　　　　　　　　　　　　　　　　　　　　　　　FTR: 1:35-1:40

CASE: **CV 11-4723-JMA-AYS** Securities and Exchange Commission v. The NIR Group, LLC
et al

TYPE OF CONFERENCE:TELEPHONE

　　　　　APPEARANCES:

　　　　　Plaintiff: Maureen King

　　　　　Defendant: Robert Knuts
　　　　　　　　　Kevin Krupnick

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.